**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **LINFO IP, LLC,**<br>**Plaintiff,** | |
| **v.** | **Case No. 6:23-cv-00442-ADA** |
| **SHOP LC GLOBAL, INC.**<br>**Defendant** | **Jury Trial Demanded** |

**PLAINTIFF/COUNTER-DEFENDANT SHOP LC GLOBAL, INC.'S ORIGINAL ANSWER TO COUNTERCLAIMS**

Linfo IP, LLC ("LINFO") files this Original Answer to Defendant/Counter-Plaintiff SHOP LC GLOBAL, INC. ("SHOP LC")'s Counterclaims.[1]

## NATURE OF ACTION[2]

1. No response is necessary.[3]

## PARTIES

2. Admitted.
3. No response is necessary.

## JURISDICTION AND VENUE

4. Admitted.
5. Admitted.
6. Admitted as to venue. Denied as to the remainder.

[1] Doc. No. 11.
[2] Counterclaims begin on page 5 of Doc. No. 11.
[3] Each numbered paragraph corresponds to a numbered paragraph from Shop LC's counterclaims.

**COUNTERCLAIM I: DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PAT. NO. 9,092,428**

7. No response is necessary.

8. No response is necessary.

9. Denied.

10. Denied.

**COUNTERCLAIM II: DECLARATORY JUDGMENT OF INVALIDITY OF U.S. PAT. NO. 9,092,428**

11. No response is necessary.

12. Denied.

13. Denied.

14. Denied.

**EXCEPTIONAL CASE**

15. Denied that Defendant is entitled to the relief it seeks .

**JURY DEMAND**

No Response is necessary, both parties demand trial by jury.

**PRAYER FOR RELIEF**

Plaintiff denies that Defendant is entitled to the relief its seeks in its Prayer.

**DEFENSES AND AFFIRMATIVE DEFENSES**

LINFO alleges and asserts the following defenses and affirmative defenses in response to the allegations in the Complaint. Regardless of how such defenses are listed herein, LINFO undertakes the burden of proof only as to those defenses that are deemed affirmative defenses as amatter of law. In addition to the defenses described below, LINFO reserves all rights to amend or supplement these defenses as additional facts become known.

- SHOP LC has failed to allege how the patent is invalid;

- SHOP LC has failed to allege how it is entitled to relief under Rule 11 or § 1927; and,
- SHOP LC has failed to allege how it is entitled to relief under § 285.

**RESERVATION OF ADDITIONAL DEFENSES**

LINFO's investigation of this matter is ongoing. It reserves all defenses under the Federal Rules of Civil Procedure, the patent laws of the United States, other applicable state or federal laws, and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

Respectfully submitted,

**Ramey LLP**

/s/ William P. Ramey, III
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for LINFO IP, LLC***

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of September 12, 2023, with a copy of the foregoing via e-mail.

/s/William P. Ramey, III
William P. Ramey, III